## EVANS agᵗ EDWARDS

Patrick Evans plaint. agᵗ David Edwards Defendᵗ in an action of the case for non paiment of wages due for ten monthes & Eighteen dayes at thirty Six Shillings in mony per month for his Service done & performed from Boston & from thence to Barbados, Jamaica & the bay of Campechia & unto this place again in the Ship called the Supply & for other due damages according to attachment dat. July: 16ᵗʰ 1675. . . . The Jury . . . founde for the plaint. Seventeen pound one Shilling & five pence mony & costs of Court £01:06:10. Patrick Evans personally appeared in the office aug° 3ᵈ 1675: & acknowledged that hee had received full Satisfaction of mʳ David Edwards for the aboue written judgement.

## DOXEY agᵗ DOBLEDAY

Thomas Doxey Attourny of William Jefferys of the parish of Bormandsey in the County of Surrey tanner plaint. agᵗ Roger Dobleday late of Wapping in the County of Mddˣ now of Boston in New-England Currier Defendᵗ in an action of debt of ten pounds Fifteen Shillings & Six pence lawfull mony of England due for hides sold him about five yeares since with interest for the same & other due damages according to attachmᵗ Dat. July. 13° 1675. . . . The Jury brought in theire verdict . . . for the plaint. Fourteen pound three Shillings lawful mony of England & costs of Court.

## OSBORNE agᵗ MEASURE

John Osborne plaint. agᵗ William Measure Defendᵗ in an action of the case for that hee the sᵈ Measure did sell unto the sᵈ Osborne $\frac{17}{32}$ parts of the Catch Hopewell of which Robert Haughton was late Master) for Fifty five tonns & upon the Measure & calculation of the same her burthen appeares to bee but Forty Seven tonns or thereabouts whereby the plaint. is damnified to the value of thirty pounds or thereabouts, with all other due damages according to attachmᵗ dat. July: 22° 1675. [ 333 ] . . . The Jury . . . found for the Defendant costs of Court.